**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6124**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BOBBY HAZEL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:93-cr-00062-MSN-1)

Submitted:  June 12, 2025                                        Decided:  June 17, 2025

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bobby Hazel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Hazel appeals the district court's order denying his motion for a writ of error coram nobis, denying as moot his motion to amend, and denying his related motions to compel the production of a video and appoint counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Hazel*, No. 1:93-cr-00062-MSN-1 (E.D. Va. Feb. 7, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*